◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL POWELL, Appellant. [771 NYS2d 678]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered July 24, 2002, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court providently exercised its discretion in making its *Sandoval* ruling (*see People v Sandoval,* 34 NY2d 371, 374-375 [1974]), as it

struck a proper balance between the probative worth of the evidence of the defendant's criminal history and the possible prejudice to him (*see People v Torres,* 302 AD2d 411 [2003]; *People v Forino,* 287 AD2d 519 [2001]).

The defendant's challenges to the prosecutor's summation are unpreserved for appellate review because he either failed to make specific and timely objections thereto (*see* CPL 470.05 [2]; *People v Williams,* 303 AD2d 772 [2003]; *People v Joseph,* 298 AD2d 601 [2002]) or failed to seek further ameliorative action after certain objections were sustained (*see People v Medina,* 53 NY2d 951 [1981]; *People v Joseph, supra; People v Woods,* 296 AD2d 430 [2002]). Santucci, J.P., S. Miller, Cozier and Rivera, JJ., concur.